UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CINDY HOOKANO,

                Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. 3:13-cv-05641-KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS

      Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 Court filing fee.

      DATED this 19th day of August, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1